1  MARCO QUAZZO (State Bar No. 142182)
   MBV LAW LLP
2  855 Front Street
   San Francisco, CA 94111
3  Telephone:  (415) 781-4400
   Facsimile:  (415) 989-5143
4
   Attorneys for Defendant
5  HEALTH IMAGING, INC.

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11

12 PET IMAGING OF SAN JOSE, LLC, a          Case No.  C08 00154 JF
   California limited liability company,
13
                                            **STIPULATION RE: EXTENSION OF**
14        Plaintiff,                        **TIME**

15     v.

16 HEALTH IMAGING, INC., a New York
   corporation,
17
          Defendant.
18

19

20

21

22

23

24

25

26

27

28

STIPULATION RE: EXTENSION OF TIME – CASE NO. C08 00154 JF

94317.01\Stip. for extension of time (389420)

1 The parties hereby stipulate that defendant Health Imaging Inc. shall have until April 11, 2008
2 to serve and file its response to the complaint.

3 DATED: March 21, 2008

5 CANNISTRACI LAW FIRM

7 By: _____
SHARONROSE CANNISTRACI
8 Attorneys for Plaintiff
PET IMAGING OF SAN JOSE LLC

10 MBV LAW LLP

12 By: _____
MARCO QUAZZO
13 Attorneys for Defendant
HEALTH IMAGING, INC.

1