UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PET IMAGING OF SAN JOSE, LLC, a
California limited liability company,
                Plaintiff(s),

Case No. C08 00154 JF

ADR CERTIFICATION BY PARTIES
AND COUNSEL

v.

HEALTH IMAGING, INC., a New York
corporation,
                Defendant(s).

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 4/18/2008

[Party]

Dated: 4/18/2008

[Counsel]