1  MARCO QUAZZO (State Bar No. 142182)
   MBV LAW LLP
2  855 Front Street
   San Francisco, CA 94111
3  Telephone:    (415) 781-4400
   Facsimile:    (415) 989-5143
4
   Attorneys for Defendant and Cross-Defendant
5  HEALTH IMAGING, INC.

6

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11 | PET IMAGING OF SAN JOSE, LLC, a         | Case No. C08 00154 JF
   | California limited liability company,
12 |                                         |
   |          Plaintiff,                     | **RULE 7.1 STATEMENT**
13 |                                         |
   |     v.                                  |
14 |                                         |
   | HEALTH IMAGING, INC., a New York        |
15 | corporation,                            |
   |                                         |
16 |          Defendant.                     |
17 |-----------------------------------------|
   | AND RELATED CROSS-ACTION.               |
18

19

20

21

22

23

24

25

26

27

28

---
RULE 7.1 STATEMENT – CASE NO. C08 00154 JF

94317.01\390909.DOC

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Health Imaging, Inc. (a private non-governmental party) certifies that it has no parent corporations and no publicly held corporation owns 10% or more of its stock.

DATED: April 18, 2008          MBV LAW LLP

By: _____/s/_____
MARCO QUAZZO
Attorneys for Defendant and Cross-Defendant
HEALTH IMAGING, INC.

94317.01/390909.DOC

MBV LAW LLP
855 FRONT STREET
SAN FRANCISCO, CA 94111