**Sharonrose Cannistraci, CSBN 121827**
**CANNISTRACI LAW FIRM**
99 Almaden Blvd., Suite 925
San Jose, CA 95113
Phone: (408) 297-5400 x206
Fax: (408) 297-5407
Email: sharonrose@cannistracilaw.com

Attorney for Plaintiff
PET Imaging of San Jose, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PET IMAGING OF SAN JOSE, LLC, a California limited liability company; <br><br>         Plaintiff, <br> vs. <br><br> HEALTH IMAGING, INC, a New York Corporation. <br><br>         Defendant. | Case No. C08-00154 JF <br><br> **RULE 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for PET Imaging of San Jose, LLC (a private non-governmental party) certifies that it has no parent corporations and no publicly held corporation owns 10% or more of its stock.

DATED: May 02, 2008

                              CANNISTRACI LAW FIRM

                              By:_____/s/_____

                                 Sharonrose Cannistraci
                                 Counsel for Plaintiff
                                 PET Imaging of San Jose, LLC

CANNISTRACI LAW FIRM
99 Almaden Blvd • Suite 925 • San Jose, CA 95113
Phone: 408.297.5400 • Fax: 408.297.5407