# UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Case Management Conference, May 9, 2008
**Case Number:** CV-08-154-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

| TITLE: | PET IMAGING OF SAN JOSE | V. | HEALTH IMAGING |
|---|---|---|---|
| | **PLAINTIFF** | | **DEFENDANT** |
| | Attorneys Present: Sharonrose Cannistraci | | Attorneys Present: Marco Quazzo |

---

PROCEEDINGS:

Case management conference held. Parties are present. Continued to 8/22/08 at 10:30 a.m. for further case management conference.