# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Pet Imaging of San Jose, LLC, | 08-00154 JF MED |
| Plaintiff(s), | **Notice of Appointment of Mediator** |
| v. | |
| Health Imaging, Inc., | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**Mark F. Katz**
Mark F. Katz Mediator
951 Old County Road, #125
Belmont, CA 94002
650-996-4792
mark.katz@att.net

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
08-00154 JF MED                                - 1 -

1   Counsel are reminded that the written mediation statements required by the ADR
2   L.R. 6-7 shall NOT be filed with the court.

Dated: May 21, 2008

                RICHARD W. WIEKING
                Clerk
                by:    Alice M. Fiel

_____
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**Notice of Appointment of Mediator**
08-00154 JF MED                - 2 -