**Sharonrose Cannistraci, CSBN 121827**
**CANNISTRACI LAW FIRM**
99 Almaden Blvd., Suite 925
San Jose, CA 95113
Phone: (408) 297-5400 x206
Fax: (408) 297-5407
Email: sharonrose@cannistracilaw.com

Attorneys for Plaintiff
PET Imaging of San Jose, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PET IMAGING OF SAN JOSE, LLC, a California limited liability company,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>HEALTH IMAGING, INC., a New York corporation,<br><br>　　　　　　Defendant. | Case No. C08 00154 JF<br><br>**STIPULATION AND REQUESTED ORDER RE: EXTENSION OF TIME TO MEDIATE** |

MBV LAW LLP
855 FRONT STREET
SAN FRANCISCO, CA 94111

1  Good cause appearing therefore due to scheduling conflicts, the parties hereby stipulate to
2  extend the time to mediate the claims herein and agree to a mediation date of August 28, 2008 before
3  Mark Katz, mediator, who has agreed to the extension of time and mediation date, and request the
4  court extend the time to conduct the mediation to no later than August 28, 2008.
5  DATED: July 10, 2008

7  CANNISTRACI LAW FIRM

9  By: *[signature]*
   SHARONROSE CANNISTRACI
10 Attorneys for Plaintiff
   PET IMAGING OF SAN JOSE LLC

12 MBV LAW LLP

14 By: *[signature]*
   MARCO QUAZZO
15 Attorneys for Defendant
   HEALTH IMAGING, INC.

18 IT IS SO ORDERED.

20 Date: _____ 2008   _____
21                         Judge

---

1

STIP & ORDER RE: EXTENSION OF TIME MEDIATE – CASE NO. C08 00154 JF