**Sharonrose Cannistraci, CSBN 121827**
**CANNISTRACI LAW FIRM**
99 Almaden Blvd., Suite 925
San Jose, CA 95113
Phone: (408) 297-5400 x206
Fax: (408) 297-5407
Email: sharonrose@cannistracilaw.com

Attorneys for Plaintiff
PET Imaging of San Jose, LLC

**\*\*E-filed 7/17/08\*\***

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

PET IMAGING OF SAN JOSE, LLC, a
California limited liability company,

        Plaintiff,

    v.

HEALTH IMAGING, INC., a New York
corporation,

        Defendant.

Case No.  C08 00154 JF

**STIPULATION AND REQUESTED
ORDER RE: EXTENSION OF TIME
TO MEDIATE**

Good cause appearing therefore due to scheduling conflicts, the parties hereby stipulate to extend the time to mediate the claims herein and agree to a mediation date of August 28, 2008 before Mark Katz, mediator, who has agreed to the extension of time and mediation date, and request the court extend the time to conduct the mediation to no later than August 28, 2008.

DATED:  July 10, 2008

CANNISTRACI LAW FIRM

By:    _Sharonrose Cannistraci_

SHARONROSE CANNISTRACI
Attorneys for Plaintiff
PET IMAGING OF SAN JOSE LLC

MBV LAW LLP

By:    _Marco Quazzo_

MARCO QUAZZO
Attorneys for Defendant
HEALTH IMAGING, INC.

IT IS SO ORDERED.

Date:  __7/17____  2008    _____
                                           Judge  Jeremy Fogel  US District Court

1

STIP & ORDER RE: EXTENSION OF TIME MEDIATE – CASE NO.  C08 00154 JF