UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PET IMAGING OF SAN JOSE,<br>                Plaintiff,<br>V.<br>HEALTH IMAGING,<br>                Defendant. | Case Number CV-08-154-JF<br><br>Case Management Conference<br><br>September 5, 2008<br><br>CLERK'S NOTICE |

To all Parties and Attorneys of Record:

The Case Management Conference set on August 22, 2008 is continued to September 5, 2008 at 10:30 a.m. before Judge Jeremy Fogel. Please report at that time to courtroom 3 on the 5th floor of the U.S. District Court, 280 S. First St., San Jose, California.


August 19, 2008
                                              For the Court
                                              Richard W. Wieking, Clerk


                                              By:  /s/
                                              Diana Munz
                                              Courtroom Deputy Clerk