# UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Further Case Management Conference, September 5, 2008
**Case Number:** CV-08-154-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**         PET IMAGING OF SAN JOSE   V.   HEALTH IMAGING

|                    PLAINTIFF                     |                    DEFENDANT                    |
|--------------------------------------------------|-------------------------------------------------|
| **Attorneys Present:** Sharonrose Cannistraci    | **Attorneys Present:** Marco Quazzo             |

---

PROCEEDINGS:

Further case management conference held. Parties are present. Continued to 10/3/08 at 10:30 a.m. for further case management conference. Parties to complete court mediation by 10/3/08.