Sharonrose Cannistraci, (#121827)
CANNISTRACI LAW FIRM
99 Almaden Blvd., Suite 925
San Jose, CA 95113
Phone: 408.297.5400
Fax: 408.297.5407

Attorney for Plaintiff,
PET IMAGING OF SAN JOSE, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PET IMAGING OF SAN JOSE, LLC, a California limited liability company;<br><br>    Plaintiff,<br>vs.<br><br>HEALTH IMAGING, INC, a New York Corporation.<br><br>    Defendant.<br><br>AND RELATED CROSS-ACTION | Case No. C08-00154 JF<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ACTION** |

    IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), by and between plaintiff and cross-defendant PET IMAGING OF SAN JOSE, LLC through its attorney of record SHARONROSE CANNISTRACI, and Defendant and Cross-complainant HEALTH IMAGING, INC., through its counsel of record MARCO QUAZZO as follows:

    1. This complaint by PET IMAGING OF SAN JOSE, LLC was filed in this court on or about January 09, 2008;

    2. The cross-complaint filed by HEALTH IMAGING, INC. was filed on or about April 11, 2008;

3. The action is not a class action, a receiver has not been appointed, and the action is not governed by any statute of the United States that requires an order of the court for dismissal.

4. This action is hereby dismissed, in its entirety, with prejudice, all parties to bear their own costs and attorneys' fees incurred in this action.

5. This court is to retain jurisdiction to enforce the settlement agreement entered into by the parties on or about September 12, 2008.

DATED: ~~September~~ Oct 2, 2008

CANNISTRACI LAW FIRM

By: /s/ Sharonrose Cannistraci
Counsel for Plaintiff and Cross-Defendant
PET Imaging of San Jose, LLC

DATED: ~~September~~ Oct 2, 2008

BARG COFFIN LEWIS & TRAPP

By: /s/
Marco Quazzo
Counsel for Defendant and Cross-claimant
Health Imaging, Inc.

IT IS SO ORDERED, ADJUDGED AND DECREED.

DATED: 10/2 2008    By: [signature]
UNITED STATES DISTRICT JUDGE

*END OF ORDER*

Stipulation and Order of Dismissal    2